IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
Civil Action No. 2:16-CV-00023-FL

| VALERIE SIMMONS TRIPP, | ) | |
|---|---|---|
| Plaintiff | ) | |
| v. | ) | **ORDER** |
| COUNTY OF GATES, NATALIE MENIUS-ROUNTREE, AND SANDRA PITTMAN, | ) | |
| Defendants. | ) | |

This matter is before the Court on Defendants' Motion to Stay in this action pending resolution of Defendants' Motion to Dismiss. Having considered carefully Defendants' reasons for the requested stay, the Court hereby GRANTS the Motion.

IT IS HEREBY ORDERED THAT all deadlines and requirements for conference activities, initial disclosures, and for submission of the parties' joint status report and proposed plan for discovery are hereby stayed pending resolution of Defendants' Motion to Dismiss.

SO ORDERED, this the 29th day of September, 2016.

_____
LOUISE W. FLANAGAN
United States District Court Judge