UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

| | | |
|---|---|---|
| VALERIE SIMMONS TRIPP | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| | ) | No. 2:16-CV-23-FL |
| COUNTY OF GATES | ) | |
|     Defendant. | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the defendants' motion to dismiss, pursuant to Federal Rule of Civil Procedure 12(b)(6).

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered August 16, 2017, and for the reasons set forth more specifically therein, that defendant's motion to dismiss is GRANTED and Plaintiff's claims are DISMISSED WITHOUT PREJUDICE for failure to state a claim.

**This Judgment Filed and Entered on August 16, 2017, and Copies To:**
M. Travis Payne, Sean P. Cecil, Mary Craven Adams (via CM/ECF Notice of Electronic Filing)


August 16, 2017                PETER A. MOORE, JR., CLERK
                                        /s/ Sandra K. Collins
                                        (By) Sandra K. Collins, Deputy Clerk