UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

| | | |
|---|---|---|
| VALERIE SIMMONS TRIPP, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **JUDGMENT IN A CIVIL CASE** |
| | ) | **CASE NO. 2:16-CV-23-FL** |
| COUNTY OF GATES, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that plaintiff's motion to amend her complaint (DE 62) is DENIED, and plaintiff's claims are DISMISSED WITH PREJUDICE for failure to state a claim.

This Judgment filed and entered on January 18, 2019, and copies to:
M. Travis Payne (via CM/ECF electronic notification)
Sean P. Cecil (via CM/ECF electronic notification)
Mary Craven Adams (via CM/ECF electronic notification)
H. Stephen Robinson (via CM/ECF electronic notification)

January 18, 2019

Peter A. Moore, Jr.
Clerk of Court

By: Susan Edwards
Deputy Clerk